**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1807**

_____

In Re:  MICHAEL'S ENTERPRISES OF VIRGINIA, INC.,

              Debtor.

--------------------------------------

MICHAEL'S ENTERPRISES OF VIRGINIA, INC.,

              Plaintiff - Appellant,

        v.

BRANCH BANKING AND TRUST COMPANY,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:14-cv-00829-REP; 14-30611-KRH; 14-03134-KRH)

_____

Submitted:  February 25, 2016          Decided:  April 6, 2016

_____

Before WILKINSON and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lee Robert Arzt, Richmond, Virginia, for Appellant.  Trevor B. Reid, Stephen E. Scarce, Meredith L. Yoder, PARKER, POLLARD, WILTON & PEADEN, P.C., Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael's Enterprises of Virginia, Inc., appeals from the district court's order affirming the bankruptcy court's order imposing sanctions upon it, its president/sole shareholder, and its attorney after determining that Michael's bankruptcy petition was filed for an improper purpose. We have reviewed the record and the parties' arguments on appeal, and we find no abuse of discretion by the bankruptcy court in imposing sanctions. See In re Weiss, 111 F.3d 1159, 1169 (4th Cir. 1997). Accordingly, we affirm for the reasons stated by the district court.* Michael's Enters. of Va., Inc. v. Branch Banking & Trust Co., No. 3:14-cv-00829-REP (E.D. Va. June 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* In making this determination, we do not rely upon the bankruptcy court's analysis as to when a transfer occurred.